BEFORE THE SECOND DIVISION, JUNE 2, 1955

**No. 59119.**—E. Behrman & Co., Inc. *v.* United States, protests 195476–K, 196974–K, and 198414–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the

subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.